IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON EUGENE WINBUSH                                                                    PLAINTIFF
ADC #89290

V.                              NO. 5:06CV00065 JLH

LARRY NORRIS, et al                                                                     DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 7th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE